UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRISCILLA LAZRI, on behalf of herself and
others similarly situated

Plaintiff,

-against-

STUDIO CAHS, LTD., CAHS CONSTRUCTION
LTD., CATERINA HEIL, and CHARLES
STEWART.,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2022
```

22 Civ. 1158 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's letter requesting permission to file a motion for disclosure of the putative class and conditional collective action certification.  ECF No. 17.  Plaintiff's request for a pre-motion conference is DENIED, and her request to file the motion is GRANTED. Accordingly,

1. By **July 21, 2022**, Plaintiff shall file her motion;
2. By **August 11, 2022**, Defendants shall file their opposition; and,
3. By **August 25, 2022**, Plaintiff shall file her reply, if any.

The Clerk of Court is directed to terminate the motion pending at ECF No. 17.

SO ORDERED.

Dated: June 16, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge